[No. 46456-0-II.   Division Two.   December 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EDWARD DOTY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01664-0, John F. Nichols, J., entered June 13, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 46679-1-II.   Division Two.   December 23, 2015.]

CHARLES HAYS ET AL., *Appellants*, v. STATE FARM INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-06283-1, Kitty-Ann van Doorninck, J., entered August 15, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.